In the Matter of the Application of JULIA M. CURTISS, an Alleged Incompetent, Appellant, to Set Aside Proceedings Appointing a Committee of Her Estate.

ELMORE S. BANKS et al., as Committee, et al., Respondents.

*Matter of Curtiss,* 134 App. Div. 547, affirmed.
(Argued January 6, 1910; decided January 25, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 20, 1909, which reversed an order of Special Term granting a motion to set aside an order appointing a com-

mittee of the estate of Julia M. Curtiss, an alleged incompetent, and denied said motion.

*L. Laflin Kellogg, Alfred C. Petté* and *William K. Hartpence* for appellant.

*Morgan J. O'Brien, Gratz Nathan* and *Philip S. Dean* for respondents.

Order affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.